IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESUS CHARLES GARZA, ID # 1628279, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:13-CV-1257-N (BH) |
| ) | |
| RICK THALER, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal ) | |
| Justice, Correctional Institutions Division, ) | |
|     Respondent. ) | |

### ORDER

Pursuant to *Special Order 3-251*, this case has been automatically referred for findings, conclusions, and recommendation. On May 10, 2013, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for want of prosecution because the petitioner had failed to either pay the $5 filing fee or submit an application to proceed *in forma pauperis* as ordered. On May 17, 2013, petitioner paid the filing fee. The findings, conclusions, and recommendation dated May 10, 2013 (doc. 6), are therefore **VACATED**.

    SIGNED this 20th day of May, 2013.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE